IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY J. PERSAVAGE, JR., | : | |
| Petitioner, | : | 1:20-cv-1140 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN BRUCE KOVACH, | : | |
| Respondent. | : | |

# ORDER

## October 6, 2020

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 8) to proceed *in forma pauperis* is GRANTED for the sole purpose of the filing of the action.

2. The petition is DEEMED filed.

3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED. *See* R. Governing §2254 Cases R. 4.

4. Petitioner's motions (Docs. 3, 15) to appoint counsel and motion (Doc. 4) to post-pone recommencement of sentence are DENIED as moot.

5. The Clerk or Court is directed to NOTIFY the Petitioner and CLOSE this case.

6. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. §2253(c).

                                                      <u>s/ John E. Jones III</u>
                                                     John E. Jones III, Chief Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania